IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC C. BURGIE,
ADC #120956                                                                                            PLAINTIFF

v.                                          4:09CV00920HLJ

JIM R. HANNAH, et al.                                                                          DEFENDANTS

## ORDER

Plaintiff's motion to compel discovery (DE #25) is actually a request for discovery from defendant, and should be re-docketed as such.

IT IS SO ORDERED this 13th day of April, 2010.

_____
United   States   Magistrate   Judge